

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____ 1.3.13 _____

DEPUTY CLERK



FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS VILLEGAS GOMEZ,<br><br>               Petitioner,<br><br>      vs.<br><br>GARY SWARTHOUT, Warden,<br><br>               Respondent. | Case No. CV 11-5171-PA (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  On December 7, 2012, Petitioner filed one-and-a-half-page Objections to the Report and Recommendation, generally relying on the arguments raised in his Petition and Reply.  Having made a de novo determination of those portions of the Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

1    IT THEREFORE IS ORDERED that (1) the Petition is denied

2  without leave to amend, (2) Petitioner's request for an

3  evidentiary hearing is denied, and (3) Judgment be entered

4  dismissing this action with prejudice.

5

6  DATED: January 2, 2013            _____

7                                    PERCY ANDERSON
                                     U.S. DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28