I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1·3·13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS GOMEZ,<br><br>    Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | Case No. CV 11-5171-PA (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 7, 2012, Petitioner filed one-and-a-half-page Objections to the Report and Recommendation, generally relying on the arguments raised in his Petition and Reply. Having made a de novo determination of those portions of the Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

1  IT THEREFORE IS ORDERED that (1) the Petition is denied
2  without leave to amend, (2) Petitioner's request for an
3  evidentiary hearing is denied, and (3) Judgment be entered
4  dismissing this action with prejudice.

6  DATED: January 2, 2013        _____
7                                PERCY ANDERSON
                                  U.S. DISTRICT JUDGE